

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-22-00009-CV

**IN THE INTEREST OF D.R.B.** and E.B.,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1988-CI-00019
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The reporter's record was originally due February 10, 2022, but was not filed. On February 10, 2022, court reporter Maria Fattahi filed a notification of late record, requesting an extension until March 14, 2022. We granted court reporter Fattahi's request and ordered her to file her portion of the reporter's record by March 14, 2022. Fattahi did not file her portion of the reporter's record by this date. On March 28, 2022, we ordered Fattahi to file her portion of the reporter's record by April 7, 2022. On March 29, 2022, Fattahi filed a notification of late record, stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the court reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee **within 10 days from the date of this order.** If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require court reporter Fattahi's portion of the reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.



MICHAEL A. CRUZ, Clerk of Court